

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2024

No. 04-24-00395-CV

**IN RE THE TEXAS DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES**

Original Proceeding[1]

**ORDER**

Relator filed a motion to dismiss this original proceeding. In its motion, relator represented that the trial court reconsidered the challenged rulings and either vacated or amended those rulings. After consideration, we GRANT the motion and DISMISS the petition for writ of mandamus.

It is so **ORDERED** on October 23, 2024.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2024.

_____
Luz Estrada, Chief Deputy Clerk

---

[1]This proceeding arises out of Cause No. 2020-PA-01945, styled *In the Interest of J.D., a Child*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Charles Montemayor presiding.